# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PASCASIO PROANO-DOMINGUEZ, Defendant. | CR 19-39-GF-BMM ORDER |

The United States moves to dismiss the indictment. The United States' motion is GRANTED. The indictment is dismissed.

Dated this 6th day of August, 2019.

_____
Brian Morris
United States District Court Judge

1