IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PASCASIO PROANO-DOMINGUEZ,<br><br>Defendant. | CR 19-39-GF-BMM<br><br>**JUDGMENT AND SENTENCE** |

Mr. Pronano-Dominguez was charged first by Complaint in April 2019 and then by Indictment in May 2019, with Entry without Inspection and Illegal Reentry. (Doc. 10.) He made an initial appearance and appeared with appointed counsel. (Docs. 4 and 20.)

At a bench trial commencing July 30, 2019, Mr. Pronano-Dominguez was ACQUITTED of the charge of Illegal Reentry but found GUILTY to the charge of Entry Without Inspection.

Having found Mr. Pronano-Dominguez guilty of the above offense, and having considered the evidence and arguments presented at the sentencing hearing as well as the sentencing factors found in 18 U.S.C. § 3553(a), the Court enters the following sentence: Mr. Pronano-Dominguez is sentenced to TIME SERVED. Upon release from custody Mr. Pronano-Dominguez shall be remanded to I.C.E and placed on supervised release for a term on one-year. The Special Assessment is WAIVED.

## NOTICE OF RIGHT TO APPEAL

Mr. Pronano-Dominguez is advised that, pursuant to 18 U.S.C. § 3742 and Federal Rule of Criminal Procedure 58(g)(1), he has the right to appeal the sentence imposed in this case within fourteen (14) days after entry of judgment.

DATED this 19th day of August, 2019.

_____
Brian Morris
United States District Court Judge